**[J-39-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 47 MAP 2017 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court at No. 1572 MDA 2015 dated |
| | : | March 3, 2017 Affirming the |
| v. | : | Judgment of Sentence of the Dauphin |
| | : | County Court of Common Pleas, |
| | : | Criminal Division, at No. CP-22-CR- |
| DOMINIC S. BURNO, | : | 0005415-2014 dated August 26, 2015 |
| | : | |
| Appellant | : | ARGUED:  May 17, 2018 |

## ORDER

**PER CURIAM**                                        **DECIDED:  August 21, 2018**

**AND NOW,** this 21st day of August, 2018, the appeal is **DISMISSED** as having been improvidently granted.


Justice Wecht files a concurring statement.